**RUDIKH AND ASSOCIATES**
**14 WOODWARD DR,**
**OLD BRIDGE, NEW JERSEY 08857**
**(732) 659-6961**
**Attorney for Debtor**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

_____

|  |  |
|---|---|
| In Re | : Chapter 13 |
| | : |
| | : CASE NO.:    25-18358 |
| | : |
| Abigail A. Rodney | : |
| | : |
| Debtor | : |
| | : |
| | : **CERTIFICATION OF DEBTOR IN** |
| | : **SUPPORT OF MOTION TO EXPUNGE** |
| | : **PROOF OF CLAIM CLAIM  #16-1 US** |
| | : **CLAIMS  CONNECTICUT, LLC** |
| | : |
| _____ | : |

Abigail A. Rodney, hereby certifies as follows:

1.  I filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on August 8, 2025, and the meeting of creditors pursuant to 11 U.S.C. § 341 was held on September 23, 2025. This application seeks to expunge the Proof of Claim filed **by U.S. Claims Connecticut, LLC**, designated as Claim No. 16-1, which was filed as an unsecured claim in the amount of $24,571.43. A copy of said claim is attached hereto as **Exhibit A**.

2.   I object to U.S. Claims Connecticut, LLC's claim being included in any payments made to the Chapter 13 Trustee. The claim was filed on February 5, 2026, which is **after the bar date of October 17, 2025** for filing proofs of claim.

3.  U.S. Claims Connecticut, LLC was properly listed on Schedule F of my bankruptcy petition under the name "US Claims Litigation Funding Simplified," as reflected in the most recent loan documentation, and with the same address as set forth on the Proof of Claim it later filed. A notice of the bankruptcy case was timely sent by the Court, and the creditor was

therefore fully aware of the applicable deadlines for filing proofs of claim but failed to do so within the prescribed period. A copy of the relevant schedule is attached hereto as **Exhibit B**.

4.  Accordingly, there is no legal basis for allowing Claim No. 16-1, and it is respectfully requested that the Court enter an Order expunging Claim No. 16-1 in its entirety.

I hereby certify that the foregoing statements are true. If any of the foregoing statements are willfully false, I realize that I am subject to punishment.

February 10, 2026                          /s/ Abigail A. Rodney
                                           Abigail A. Rodney