# HUSCH BLACKWELL

Jennifer Pollan
Associate

111 Congress Avenue, Suite 1400
Austin, TX 78701
Direct: 512.479.1152
Fax: 512.479.1101
Jennifer.Pollan@huschblackwell.com

February 19, 2026

Honorable Vincent F. Papalia
US Bankruptcy Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

Re:    In re Abigail A. Rodney, 25-18358, ECF No. 36

Dear Judge Papalia:

Pursuant to your Honor's ruling today on the record with respect to the *Debtor's Motion to Expunge Claims of US Claims Connecticut, LLC* (the "Motion") ECF No. 36) the Motion is adjourned to March 19, 2026, at 11:00 AM (prevailing eastern time). The following deadlines apply:

1. The parties shall each have until March 5, 2026, to make further filings in support of or in opposition to the Motion.

2. The parties shall have until March 12, 2026, to respond to such filings.

Sincerely,

HUSCH BLACKWELL LLP

*Jennifer Pollan*
Jennifer Pollan